# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MISKELL SR., MICHAEL JAMES § Case No. 11-12359
MISKELL, JANET ROSE §
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/25/2011. The undersigned trustee was appointed on 03/25/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $    35,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 4,902.00 |
   | Bank service fees | 203.62 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 29,894.38 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  03/18/2013  and the deadline for filing governmental claims was  03/18/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,854.32 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,854.32 , for a total compensation of $ 3,854.32 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/08/2016           By:/s/Robert B. Katz, Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-12359 ABG Judge: A. BENJAMIN GOLDGAR | |
| Case Name: | MISKELL SR., MICHAEL JAMES | |
| | MISKELL, JANET ROSE | |
| For Period Ending: | 03/08/16 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Date Filed (f) or Converted (c): | 03/25/11 (f) |
| 341(a) Meeting Date: | 05/05/11 |
| Claims Bar Date: | 03/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6158 West 60th Street Chicago, IL 60638 (Debtors' | 277,500.00 | 0.00 | | 0.00 | FA |
| 2. checking account with Chase | 0.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with Archer Bank | 10.00 | 0.00 | | 0.00 | FA |
| 4. checking account with Acme Credit Union | 25.00 | 0.00 | | 0.00 | FA |
| 5. Household goods; TV, DVD player, TV stand, stereo, | 3,500.00 | 0.00 | | 0.00 | FA |
| 6. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 7. Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 8. Earrings, watch, costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9. Firearm for husband's employment | 250.00 | 0.00 | | 0.00 | FA |
| 10. Pension w/ Employer/Former Employer - 100% Exempt. | 173,413.00 | 0.00 | | 0.00 | FA |
| 11. Pension w/ Employer/Former Employer - 100% Exempt. | 30,000.00 | 0.00 | | 0.00 | FA |
| 12. 2001 Buick Century with 60,000 miles | 2,875.00 | 0.00 | | 0.00 | FA |
| 13. 2002 Jeep Liberty with 60,000 miles | 6,150.00 | 0.00 | | 0.00 | FA |
| 14. SST - 2000 Wildwood pull trailer | 1,200.00 | 0.00 | | 0.00 | FA |
| 15. Family Pets/Animals. | 0.00 | 0.00 | | 0.00 | FA |
| 16. Wrongful termination Lawsuit (u) | 100,000.00 | 700,000.00 | | 0.00 | FA |
| 17. Funds Received From Debtor (u) | 35,000.00 | 35,000.00 | | 35,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $630,423.00 | $735,000.00 | | $35,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This case was reopened in August 2012; and Trustee retained counsel and special counsel to pursue an unscheduled cause

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*      Ver: 19.05f

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-12359    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | MISKELL SR., MICHAEL JAMES | Date Filed (f) or Converted (c): | 03/25/11 (f) |
| | MISKELL, JANET ROSE | 341(a) Meeting Date: | 05/05/11 |
| | | Claims Bar Date: | 03/18/13 |

of action for wrongful termination. At request of special counsel, debtor used retirement funds to pay $35,000 to the Trustee to enable creditors to receive full payment of their claims.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-12359 -ABG | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | MISKELL SR., MICHAEL JAMES | Bank Name: | ASSOCIATED BANK |
| | MISKELL, JANET ROSE | Account Number / CD #: | *******7134 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2531 | | |
| For Period Ending: | 03/08/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/04/15 | | Janet Miskell | SETTLEMENT FROM DEBTOR PURCHASE OF ESTATE'S INTEREST IN PROPERTY | 1249-000 | 35,000.00 | | 35,000.00 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.31 | 34,954.69 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.97 | 34,902.72 |
| * 11/10/15 | 010001 | Bankruptcy Estate of Daryl R. Merrill & Geraldine Merrill | | | | 15,000.00 | 19,902.72 |
| * 11/10/15 | 010001 | Bankruptcy Estate of Daryl R. Merrill & Geraldine Merrill | VOID | | | -15,000.00 | 34,902.72 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.53 | 34,848.19 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.81 | 34,796.38 |
| 01/14/16 | 010002 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | | 2810-000 | | 1,639.00 | 33,157.38 |
| 01/14/16 | 010003 | United States Treasury Department of Treasury Internal Revenue Service Center Cincinnati, OH 45999-0148 | | 2810-000 | | 3,263.00 | 29,894.38 |

|  |  | COLUMN TOTALS | 35,000.00 | 5,105.62 | 29,894.38 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 35,000.00 | 5,105.62 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 35,000.00 | 5,105.62 | |

| | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | | Checking Account (Non-Interest Earn - *******7134 | 35,000.00 | 5,105.62 | 29,894.38 |
| | | | ----------------- | ----------------- | ----------------- |
| | | | 35,000.00 | 5,105.62 | 29,894.38 |
| | | Page Subtotals | 35,000.00 | 5,105.62 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 11-12359 -ABG | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | MISKELL SR., MICHAEL JAMES | Bank Name: | ASSOCIATED BANK |
| | MISKELL, JANET ROSE | Account Number / CD #: | *******7134 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2531 | | |
| For Period Ending: | 03/08/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: ____/s/ Robert B. Katz, Trustee_____ Date: 03/08/16
ROBERT B. KATZ, TRUSTEE

Page Subtotals       0.00       0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 08, 2016 |
|---|---|---|---|---|---|---|

Case Number: 11-12359  
Debtor Name: MISKELL SR., MICHAEL JAMES  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | ROBERT B. KATZ<br>LAW OFFICES OF ROBERT B. KATZ<br>53 W. JACKSON BLVD. STE 1320<br>CHICAGO, IL 60604 | Administrative | | $3,854.32 | $0.00 | $3,854.32 |
| 6<br>001<br>3210-00 | Springer Brown, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $4,505.00 | $0.00 | $4,505.00 |
| 7<br>001<br>3410-00 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Administrative | | $1,004.20 | $0.00 | $1,004.20 |
| 000005<br>999<br>SC | Loomis Federal Savings & Loan Association<br>c/o James f Dunneback PC<br>14475 John Humphrey Drive<br>Suite 200<br>Orland Park, IL 60462 | Secured | | $262,845.64 | $0.00 | $262,845.64 |
| 999<br>8200-00 | MICHAEL JAMES MISKELL SR.<br>6158 WEST 60TH STREET<br>CHICAGO, IL  60638 | Unsecured | | $3,956.77 | $0.00 | $3,956.77 |
| 000001<br>070<br>UC | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $3,632.39 | $0.00 | $3,632.39 |
| 000002<br>070<br>UC | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $10,895.69 | $0.00 | $10,895.69 |
| 000003<br>070<br>UC | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $801.83 | $0.00 | $801.83 |
| 000004<br>070<br>UC | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,052.86 | $0.00 | $1,052.86 |
| | Case Totals: | | | $292,548.70 | $0.00 | $292,548.70 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-12359
Case Name: MISKELL SR., MICHAEL JAMES
　　　　　MISKELL, JANET ROSE
Trustee Name: Robert B. Katz, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 29,894.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 3,854.32 | $ 0.00 | $ 3,854.32 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 4,505.00 | $ 0.00 | $ 4,505.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 987.20 | $ 0.00 | $ 987.20 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 17.00 | $ 0.00 | $ 17.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $  9,363.52 |
| Remaining Balance | $  20,530.86 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,382.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 3,632.39 | $ 0.00 | $ 3,632.39 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ 10,895.69 | $ 0.00 | $ 10,895.69 |
| 000003 | Capital One, N.A. | $ 801.83 | $ 0.00 | $ 801.83 |
| 000004 | American Express Centurion Bank | $ 1,052.86 | $ 0.00 | $ 1,052.86 |
| | Total to be paid to timely general unsecured creditors | | | $ 16,382.77 |
| | Remaining Balance | | | $ 4,148.09 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

   To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 191.32 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

   The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,956.77 .