UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MISKELL SR., MICHAEL JAMES § Case No. 11-12359
MISKELL, JANET ROSE §
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        U.S. Bankruptcy Court
        DIrksen Federal Building
        219 S. Dearborn St.
        Room 713
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/13/2016 in Courtroom 642,
        United States Courthouse
        219 S Dearborn St.
        Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/11/2016        By: Robert B. Katz

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MISKELL SR., MICHAEL JAMES § Case No. 11-12359
MISKELL, JANET ROSE §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 35,000.00 |
| and approved disbursements of | $ | 5,105.62 |
| leaving a balance on hand of[1] | $ | 29,894.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz, Trustee | $ 3,854.32 | $ 0.00 | $ 3,854.32 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 4,505.00 | $ 0.00 | $ 4,505.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 987.20 | $ 0.00 | $ 987.20 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 17.00 | $ 0.00 | $ 17.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 9,363.52 |
| Remaining Balance | | $ | 20,530.86 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,382.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 3,632.39 | $ 0.00 | $ 3,632.39 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ 10,895.69 | $ 0.00 | $ 10,895.69 |
| 000003 | Capital One, N.A. | $ 801.83 | $ 0.00 | $ 801.83 |
| 000004 | American Express Centurion Bank | $ 1,052.86 | $ 0.00 | $ 1,052.86 |

Total to be paid to timely general unsecured creditors       $     16,382.77

Remaining Balance       $     4,148.09

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 191.32 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,956.77 .

Prepared By: /s/Robert B. Katz


*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-12359-ABG
Michael James Miskell, Sr.                                              Chapter 7
Janet Rose Miskell
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: driddick               Page 1 of 2             Date Rcvd: Mar 14, 2016
                              Form ID: pdf006              Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2016.
db/jdb         +Michael James Miskell, Sr.,    Janet Rose Miskell,    6158 West 60th Street,
                 Chicago, IL 60638-4316
17014675       +ACME Visa,    Attn: Bankruptcy Dept.,    13601 S Perry Ave,    Riverdale, IL 60827-1655
17014670       +American Express,    Bankruptcy Department,    Box 0001,    Los Angeles, CA 90096-8000
20056483        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19949662        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17014669       +Chase,   Bankruptcy Department,    PO Box 15153,    Wilmington, DE 19886-5153
17014679       +Chase/ToysRUs,    Attn: Bankruptcy Dept.,    PO Box 1598,    Wilmington, DE 19899
17014671       +HSBC Bank/Union Plus,    Attn: Bankruptcy Dept.,    PO Box 17051,    Baltimore, MD 21297-1051
20185550       +Loomis Federal Savings & Loan Association,     c/o James f Dunneback PC,
                 14475 John Humphrey Drive,    Suite 200,    Orland Park, IL 60462-6216
17014668       +MacNeal Health Network,    Bankruptcy Department,    2384 Paysphere Circle,
                 Chicago, IL 60674-0023
17014677       +SST Card Services,    Bankruptcy Department,    PO Box 23060,    Columbus, GA 31902-3060
17014673       +Sears Credit Cards,    Bankruptcy Department,    PO Box 183082,    Columbus, OH 43218-3082
17014674       +Sony Financial Services/GEMB,    Bankruptcy Department,    PO Box 15153,
                 Wilmington, DE 19886-5153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17014678        Fax: 309-828-9314 Mar 15 2016 01:35:54     Creditors Alliance Inc,    Bankruptcy Department,
                 PO Box 1288,    Bloomington, IL 61702-1288
19828483        E-mail/Text: mrdiscen@discover.com Mar 15 2016 01:21:16     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17014672       +E-mail/Text: mrdiscen@discover.com Mar 15 2016 01:21:16     Discover Card,
                 Bankruptcy Department,    PO Box 6103,    Carol Stream, IL 60197-6103
20718525        E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2016 07:40:30     GE Capital Retail Bank,
                 (Sony Financial Services/GEMB),    c/o Recovery Management Systems Corp,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
17014680       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 15 2016 01:21:29     Kohl's/Chase,
                 Bankruptcy Department,    PO Box 3115,    Milwaukee, WI 53201-3115
17014676       +E-mail/Text: mstachon@loomisfed.com Mar 15 2016 01:23:57     Loomis Federal Savings & Loan,
                 Attn: Bankruptcy Dept.,    6350 W 63rd St,    Chicago, IL 60638-5095
19894869       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2016 01:27:57
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Springer Brown Covey Gaertner & Davis LLC
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2016 at the address(es) listed below:
              Andrew B Nelson    on behalf of Debtor 1 Michael James Miskell, Sr. ndil@geracilaw.com
              Andrew B Nelson    on behalf of Debtor 2 Janet Rose Miskell ndil@geracilaw.com
              Dale A Riley    on behalf of Debtor 2 Janet Rose Miskell ndil@geracilaw.com
              Dale A Riley    on behalf of Debtor 1 Michael James Miskell, Sr. ndil@geracilaw.com
              David  Brown, ESQ    on behalf of Trustee Robert B Katz, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert B Katz, ESQ    on behalf of Accountant Alan D. Lasko rkatztrustee@gmail.com,
               rkatz@ecf.epiqsystems.com
              Robert B Katz, ESQ    rkatztrustee@gmail.com,    rkatz@ecf.epiqsystems.com

```
District/off: 0752-1          User: driddick              Page 2 of 2           Date Rcvd: Mar 14, 2016
                              Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                               TOTAL: 8