# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MISKELL SR., MICHAEL JAMES § Case No. 11-12359
MISKELL, JANET ROSE §
§
Debtors §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 348,935.00 *(Without deducting any secured claims)* | Assets Exempt: 246,488.00 |
| Total Distributions to Claimants: 16,574.09 | Claims Discharged Without Payment: 310,368.64 |
| Total Expenses of Administration: 14,469.14 | |

3) Total gross receipts of $ 35,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,956.77  (see **Exhibit 2**), yielded net receipts of $ 31,043.23  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 267,398.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,469.14 | 14,469.14 | 14,469.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 47,523.00 | 279,228.41 | 279,228.41 | 16,574.09 |
| **TOTAL DISBURSEMENTS** | $ 314,921.00 | $ 293,697.55 | $ 293,697.55 | $ 31,043.23 |

    4) This case was originally filed under chapter 7 on 03/25/2011. The case was pending for 64 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/24/2016      By:/s/Robert B. Katz, Trustee
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds Received From Debtor | 1249-000 | 35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 35,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MICHAEL JAMES MISKELL SR. | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 3,956.77 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,956.77** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Loomis Federal Savings & Loan Attn: Bankruptcy Dept. 6350 W 63rd St Chicago IL 60638 | | 264,792.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 SST Card Services Bankruptcy Department PO Box 23060 Columbus GA 31902 | | 2,606.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 267,398.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | 2100-000 | NA | 3,854.32 | 3,854.32 | 3,854.32 |
| ASSOCIATED BANK | 2600-000 | NA | 203.62 | 203.62 | 203.62 |
| ILLINOIS DEPARTMENT OF REVENUE | 2810-000 | NA | 1,639.00 | 1,639.00 | 1,639.00 |
| UNITED STATES TREASURY | 2810-000 | NA | 3,263.00 | 3,263.00 | 3,263.00 |
| SPRINGER BROWN, LLC | 3210-000 | NA | 4,505.00 | 4,505.00 | 4,505.00 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 987.20 | 987.20 | 987.20 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | NA | 17.00 | 17.00 | 17.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 14,469.14 | $ 14,469.14 | $ 14,469.14 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 ACME Visa Attn: Bankruptcy Dept. 13601 S Perry Ave Riverdale IL 60827 | | 12,170.00 | NA | NA | 0.00 |
| | 10 Sears Credit Cards Bankruptcy Department PO Box 183082 Columbus OH 43218 | | 9,566.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 11 Sony Financial Services/GEMB Bankruptcy Department PO Box 15153 Wilmington DE 19886 | | 1,000.00 | NA | NA | 0.00 |
| | 2 American Express Bankruptcy Department Box 0001 Los Angeles CA 90096 | | 919.00 | NA | NA | 0.00 |
| | 3 Chase Bankruptcy Department PO Box 15153 Wilmington DE 19886 | | 13,573.00 | NA | NA | 0.00 |
| | 4 Chase/ToysRUs Attn: Bankruptcy Dept. PO Box 1598 Wilmington DE 15298 | | 111.00 | NA | NA | 0.00 |
| | 5 Creditors Alliance Inc Bankruptcy Department PO Box 1288 Bloomington IL 61702-1288 | | 479.00 | NA | NA | 0.00 |
| | 6 Discover Card Bankruptcy Department PO Box 6103 Carol Stream IL 60197 | | 3,180.00 | NA | NA | 0.00 |
| | 7 HSBC Bank/Union Plus Attn: Bankruptcy Dept. PO Box 17051 Baltimore MD 21297 | | 4,727.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 8 Kohl's/Chase Bankruptcy Department PO Box 3115 Milwaukee WI 53201 | | 772.00 | NA | NA | 0.00 |
| | 9 MacNeal Health Network Bankruptcy Department 2384 Paysphere Circle Chicago IL 60674 | | 1,026.00 | NA | NA | 0.00 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 1,052.86 | 1,052.86 | 1,052.86 |
| 000003 | CAPITAL ONE, N.A. | 7100-000 | NA | 801.83 | 801.83 | 801.83 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 3,632.39 | 3,632.39 | 3,632.39 |
| 000005 | LOOMIS FEDERAL SAVINGS & LOAN ASSOC | 7100-000 | NA | 262,845.64 | 262,845.64 | 0.00 |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 10,895.69 | 10,895.69 | 10,895.69 |
| | AMERICAN EXPRESS CENTURION BANK | 7990-000 | NA | NA | NA | 12.30 |
| | CAPITAL ONE, N.A. | 7990-000 | NA | NA | NA | 9.37 |
| | DISCOVER BANK | 7990-000 | NA | NA | NA | 42.42 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7990-000 | NA | NA | NA | 127.23 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 47,523.00 | $ 279,228.41 | $ 279,228.41 | $ 16,574.09 |

Case 11-12359 Doc 46 Filed 06/29/16 Entered 06/29/16 14:23:46 Desc Main
Document Page 9 of 13

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-12359 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | MISKELL SR., MICHAEL JAMES | | | Date Filed (f) or Converted (c): | 03/25/11 (f) |
| | MISKELL, JANET ROSE | | | 341(a) Meeting Date: | 05/05/11 |
| For Period Ending: 06/24/16 | | | | Claims Bar Date: | 03/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6158 West 60th Street Chicago, IL 60638 (Debtors' | 277,500.00 | 0.00 | | 0.00 | FA |
| 2. checking account with Chase | 0.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with Archer Bank | 10.00 | 0.00 | | 0.00 | FA |
| 4. checking account with Acme Credit Union | 25.00 | 0.00 | | 0.00 | FA |
| 5. Household goods; TV, DVD player, TV stand, stereo, | 3,500.00 | 0.00 | | 0.00 | FA |
| 6. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 7. Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 8. Earrings, watch, costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9. Firearm for husband's employment | 250.00 | 0.00 | | 0.00 | FA |
| 10. Pension w/ Employer/Former Employer - 100% Exempt. | 173,413.00 | 0.00 | | 0.00 | FA |
| 11. Pension w/ Employer/Former Employer - 100% Exempt. | 30,000.00 | 0.00 | | 0.00 | FA |
| 12. 2001 Buick Century with 60,000 miles | 2,875.00 | 0.00 | | 0.00 | FA |
| 13. 2002 Jeep Liberty with 60,000 miles | 6,150.00 | 0.00 | | 0.00 | FA |
| 14. SST - 2000 Wildwood pull trailer | 1,200.00 | 0.00 | | 0.00 | FA |
| 15. Family Pets/Animals. | 0.00 | 0.00 | | 0.00 | FA |
| 16. Wrongful termination Lawsuit (u) | 100,000.00 | 700,000.00 | | 0.00 | FA |
| 17. Funds Received From Debtor (u) Funds received in lieu of proceeds from settlement of lawsuit (100% dividend). | 35,000.00 | 35,000.00 | | 70,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $630,423.00 | $735,000.00 | | $70,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-12359   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | MISKELL SR., MICHAEL JAMES | Date Filed (f) or Converted (c): | 03/25/11 (f) |
| | MISKELL, JANET ROSE | 341(a) Meeting Date: | 05/05/11 |
| | | Claims Bar Date: | 03/18/13 |

This case was reopened in August 2012; and Trustee retained counsel and special counsel to pursue an unscheduled cause of action for wrongful termination. At request of special counsel, and prior to resolution of the cause of action, debtor used retirement funds to pay $35,000 to the Trustee to enable creditors to receive full payment of their claims. Court hearing on TFR is scheduled for 4/13/16.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 04/13/16

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 19.06a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-12359 -ABG | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | MISKELL SR., MICHAEL JAMES | | Bank Name: | ASSOCIATED BANK |
| | MISKELL, JANET ROSE | | Account Number / CD #: | *******7134 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2531 | | | |
| For Period Ending: | 06/24/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/04/15 | 17 | Janet Miskell | SETTLEMENT FROM DEBTOR PURCHASE OF ESTATE'S INTEREST IN PROPERTY | 1249-000 | 35,000.00 | | 35,000.00 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.31 | 34,954.69 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.97 | 34,902.72 |
| * 11/10/15 | 010001 | Bankruptcy Estate of Daryl R. Merrill & Geraldine Merrill | | | | 15,000.00 | 19,902.72 |
| * 11/10/15 | 010001 | Bankruptcy Estate of Daryl R. Merrill & Geraldine Merrill | VOID | | | -15,000.00 | 34,902.72 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.53 | 34,848.19 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.81 | 34,796.38 |
| 01/14/16 | 010002 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | | 2810-000 | | 1,639.00 | 33,157.38 |
| 01/14/16 | 010003 | United States Treasury Department of Treasury Internal Revenue Service Center Cincinnati, OH 45999-0148 | | 2810-000 | | 3,263.00 | 29,894.38 |
| 04/14/16 | 010004 | ROBERT B. KATZ LAW OFFICES OF ROBERT B. KATZ 53 W. JACKSON BLVD. STE 1320 CHICAGO, IL 60604 | Trustee Compensation | 2100-000 | | 3,854.32 | 26,040.06 |
| 04/14/16 | 010005 | Springer Brown, LLC 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Claim 6, Payment 100.00000% | 3210-000 | | 4,505.00 | 21,535.06 |
| 04/14/16 | 010006 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street | Claim 7, Payment 100.00000% | | | 1,004.20 | 20,530.86 |

Page Subtotals 35,000.00 14,469.14

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-12359 -ABG | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | MISKELL SR., MICHAEL JAMES | Bank Name: | ASSOCIATED BANK |
| | MISKELL, JANET ROSE | Account Number / CD #: | *******7134 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2531 | | |
| For Period Ending: | 06/24/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 1150 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| | | | Fees          987.20 | 3410-000 | | | |
| | | | Expenses       17.00 | 3420-000 | | | |
| 04/14/16 | 010007 | Discover Bank | Claim 000001, Payment 101.16783% | | | 3,674.81 | 16,856.05 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| | | | Claim        3,632.39 | 7100-000 | | | |
| | | | Interest        42.42 | 7990-000 | | | |
| 04/14/16 | 010008 | PYOD, LLC its successors and assigns as assignee | Claim 000002, Payment 101.16771% | | | 11,022.92 | 5,833.13 |
| | | of Citibank, N.A. | | | | | |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602 | | | | | |
| | | | Claim       10,895.69 | 7100-000 | | | |
| | | | Interest       127.23 | 7990-000 | | | |
| 04/14/16 | 010009 | Capital One, N.A. | Claim 000003, Payment 101.16858% | | | 811.20 | 5,021.93 |
| | | c o Becket and Lee LLP | (3-1) CREDIT CARD DEBT | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |
| | | | Claim          801.83 | 7100-000 | | | |
| | | | Interest         9.37 | 7990-000 | | | |
| 04/14/16 | 010010 | American Express Centurion Bank | Claim 000004, Payment 101.16825% | | | 1,065.16 | 3,956.77 |
| | | c o Becket and Lee LLP | (4-1) CREDIT CARD DEBT | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |
| | | | Claim        1,052.86 | 7100-000 | | | |
| | | | Interest        12.30 | 7990-000 | | | |

Page Subtotals     0.00     16,574.09

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-12359 -ABG | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | MISKELL SR., MICHAEL JAMES | Bank Name: | ASSOCIATED BANK |
|  | MISKELL, JANET ROSE | Account Number / CD #: | *******7134 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2531 |  |  |
| For Period Ending: | 06/24/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/14/16 | 010011 | MICHAEL JAMES MISKELL SR.<br>6158 WEST 60TH STREET<br>CHICAGO, IL 60638 | Surplus Funds | 8200-002 |  | 3,956.77 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 35,000.00 | 35,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 35,000.00 | 35,000.00 |
| Less: Payments to Debtors |  | 3,956.77 |
| Net | 35,000.00 | 31,043.23 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account (Non-Interest Earn - ********7134 | 35,000.00 | 31,043.23 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 35,000.00 | 31,043.23 | 0.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ Robert B. Katz, Trustee   Date: 06/24/16
ROBERT B. KATZ, TRUSTEE

Page Subtotals    0.00    3,956.77

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*